## STATE v. STORY
No. 59 PC.

Case below: 14 N.C. App. 182.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 May 1972.

---

PETITIONS TO REHEAR

## HARRISON ASSOCIATES v. STATE PORTS AUTHORITY
No. 127.

Reported: 280 N.C. 251.

Petition by Harrison Associates to rehear denied 20 April 1972.

## WIGGINS v. BUNCH
No. 7.

Reported: 280 N.C. 106.

Petition by Wiggins to rehear denied 28 January 1972.

## STATE v. FERGUSON
No. 155.

Reported: 280 N.C. 95.

Petition by Ferguson to rehear denied 31 January 1972.